THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Freddie Wells, Appellant.
 
 
 

Appeal From Florence County
Michael G. Nettles, Circuit Court Judge
Unpublished Opinion No. 2009-UP-456
Submitted October 1, 2009  Filed October
 8, 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM: Freddie
 Wells appeals the revocation of his probation.  Specifically, Wells contends the
 circuit court erred in revoking community supervision because the Department of
 Probation, Parole, and Pardon Services presented inadequate evidence at the
 probation revocation hearing. After a
 thorough review of the record and counsel's brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved.[1] 
APPEAL
 DISMISSED.
Hearn, C.J., Konduros, and Lockemy, JJ.,  concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.